AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Federman, Arthur B. | U.S. Bankruptcy Court | 05/08/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Judge (Active) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2011 <br> to <br> 12/31/2011 |

**7. Chambers or Office Address**

Charles Evans Whittaker Cthse.
400 East 9th St., Suite 6552
Kansas City, Mo. 64106

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee, with no significant management duties - all assets are listed @VII | 1990 and 1992 [        ] Trusts, [        ] Assets are disclosed in Part VII |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Federman, Arthur B. | 05/08/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Wells Fargo Bank NA | I was a guarantor on a real est. mortgage        Guarantee released- 4-16-12 | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Federman, Arthur B. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Second Mortgage Investment Co., Inc - a 1.58% shareholder | A | Interest | J | W | | | | | |
| 2. Commerce Bank NA, Lenexa Ks.- MMrkt | A | Interest | L | T | Buy (add'l) | 12/31/11 | L | | pers MMT -no detail req. |
| 3. Capitol Federal Savings, Topeka, Ks. Cash Accts | B | Interest | J | T | Redeemed (part) | 07/01/11 | J | | deposits & withdrawals |
| 4. Goldman Sachs, ILA Federal Portfolio | A | Interest | | | Closed | 11/18/11 | J | | CKG/MM Acct detail not req |
| 5. Vanguard Fed MM Fund | B | Int./Div. | K | T | Sold (part) | 05/16/11 | J | A | CKG/ MM Acct no detail Req |
| 6. Vanguard - 500 Index Fund Admiral Shares - Total Bal | C | Int./Div. | M | T | | | | | |
| 7. - Vanguard - 500 Index Fund Admiral Shares | | | | | Redeemed (part) | 09/09/11 | J | A | a current year redemptiom |
| 8. - Vanguard -Total Intern Stock Indx Total | | | | | Closed | 02/14/11 | M | | Fd has 0 Bal at 12-31-11 |
| 9. Vanguard - Total Intern. Stock Idx Adm- Total | C | Int./Div. | M | T | | | | | |
| 10. - Vanguard - Total Intern. Stock Idx Admiral | | | | | Buy | 02/14/11 | M | | |
| 11. - Vanguard - Total Intern. Stock Idx Admiral | | | | | Buy | 05/09/11 | J | | |
| 12. Vanguard - Total Stock Market Index Fund Admiral Shrs-Bal | C | Dividend | M | T | | | | | |
| 13. - Vanguard - Total Stock Market Index Fund Admiral Shrs | | | | | Redeemed (part) | 05/09/11 | J | A | a current year rredemption |
| 14. Northwestern Mutual Life Ins Policy | B | Interest | M | T | | | | | |
| 15. Federman Family L.P. - Limited Partnership Interest | E | Interest | P1 | W | Open | 12/31/11 | P1 | | Gift Rec. ▓▓▓ |
| 16. Commerce Bank N.A. , Kansas City, Mo. - Ckg Acct. | A | Interest | J | T | Buy (add'l) | | | | ckg acct detail not req. |
| 17. FHLB Multi Stepup Callable | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Federman, Arthur B. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA Acct. -Total Assets in Accounts - Detail Follows | C | Dividend | M | T | | | | | |
| 19. - IRA Acct. - (GNMA) Govt. Natl. Mtg. Ass Pool - Commerce | | | | | | | | | |
| 20. - IRA Acct - Vangaurd acct - Prime MM FD | | | | | Redeemed (part) | 09/09/11 | J | | a mmkt acct-no detail req |
| 21. - IRA Acct - Fidelity Select Health Care | | | | | | | | | |
| 22. - IRA Acct - T.Rowe Price New ERA | | | | | | | | | |
| 23. - IRA Acct - Treasury Fund - Capital Reserves MMKT | | | | | Closed | 01/01/11 | K | | Closed 7-2-10 - Prior Yr |
| 24. Trust # 1 - Total Assets of Trust -Asset Detail Follows | E | Int./Div. | O | T | Buy (add'l) | 05/09/11 | K | | Inc includes Life Ins div. |
| 25. - Trust # 1 - Guardian Life Ins . - Cash Value | | | | | | | | | |
| 26. - Trust # 1 - Northwestern Mutual Life - Cash Value | | | | | | | | | |
| 27. - Trust # 1 -(now) Met Life Ins. Policy - Term - | | | | | | | | | |
| 28. - Trust # 1 - Goldman Sachs ILA Federal Portfolio | | | | | Closed | 11/22/11 | J | | mmkt fd - no detail req. |
| 29. - Trust # 1 - Comm. Bank N.A., Kansas City, Mo. Ckg acct. | | | | | Buy (add'l) | | | | ckg acct - no detail req. |
| 30. - Trust # 1 - Comm Bank NA - Kansas City Mo | | | | | Open | 11/18/11 | L | | mmkt acct - no detail req |
| 31. - Trust # 1 - Shawnee Cnty Ks Gen Oblig Series | | | | | Matured | 09/01/11 | K | A | |
| 32. - Trust # 1 - FHLB Callable 8-19-11 | | | | | Redeemed | 08/19/11 | K | A | |
| 33. - Trust # 1 -US Treas Note | | | | | | | | | |
| 34. - Trust # 1 - FHLB Callable 02/24/12 | | | | | Buy | 08/24/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Federman, Arthur B. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Trust # 2 - Total Assets of Trust -Detail Follows | E | Int./Div. | P1 | T | | | | | |
| 36. - Trust # 2 - Vanguard Fed MM Portfolio, Philadelphia, Pa. | | | | | Buy (add'l) | | | | mmkt fd - no detail req. |
| 37. - Trust # 2 - Vanguard Health Care Fund Inv | | | | | Buy (add'l) | | | | reinvested div. only |
| 38. - Trust # 2 - Vanguard Total Stock Mkt Idx FundFund | | | | | Buy (add'l) | | | | reinvested div. only |
| 39. - Trust # 2 - Goldman Sachs ILA Federal Portfolio | | | | | Buy (add'l) | | | | mmkt fd - no detail; req. |
| 40. - Trust # 2 - Commerce Bank - ckg acct. | | | | | Buy (add'l) | | | | ckg acct - no detail req. |
| 41. - Trust #2 - GE Money Bank - CD - Salt Lake City | | | | | Closed | 05/13/11 | K | A | cashed in |
| 42. - Trust #2 - GE Money Bank - CD - Draper, Ut | | | | | Closed | 11/21/11 | M | A | cashed in |
| 43. - Trust #2 - Johnson Cnty Ks Unified School GO | | | | | | | | | |
| 44. - Trust #2 - CD at Commerce Bank, KC, Mo | | | | | Matured | 08/24/11 | | | N/C but renewed 8-24-11 |
| 45. - Trust # 2 - FHLB Callable 9-15-10 | | | | | Redeemed | 9/30/11 | M | | |
| 46. - Trust #2 - Columbus Bk & Trust - CD | | | | | | | | | |
| 47. - Trust # 2 - Derby Ks. Gen Oblig Bds | | | | | | | | | |
| 48. - Trust # 2 - FHLB Callable 3-30-11 | | | | | Redeemed | 03/30/11 | L | A | |
| 49. - Trust # 2 - FHLB Stepup Callable | | | | | Redeemed | 08/19/11 | M | A | |
| 50. - Trust # 2 - FHLB Callable 2-23-11 | | | | | Redeemed | 07/28/11 | K | A | |
| 51. - Trust # 2 - FNMA Callable 6-28-11 | | | | | Redeemed | 06/28/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Federman, Arthur B. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Trust # 2 - GE Mony Bank - CD - 7-1-13 | | | | | Buy | 07/01/11 | K | | |
| 53. - Trust # 2 - CIT Bank CD 11/25/13 | | | | | Buy | 11/23/11 | M | | |
| 54. - Trust # 2 - FHLB -callable 5/23/12 | | | | | Buy | 05/23/11 | K | | |
| 55. - Trust # 2 - FFCB Callable - 8/15/12 | | | | | Buy | 08/15/11 | L | | |
| 56. - Trust # 2 FHLB - callable - 2/24/12 | | | | | Buy | 08/24/11 | K | | |
| 57. - Trust # 2 FANNIE MAE callable 9-28-12 | | | | | Buy | 09/30/11 | M | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Federman, Arthur B. | 05/08/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The assets and value amount references shown in Part VII which are identified as Trust # 1 are for the full value of the assets held in Trust even though I only own a 1/3 beneficial interest in the Trust. I am the trustee of the Trust.

The assets and value references shown in Part VII which are identified as Trust # 2 are for the full value of the assets held in Trust even though I only own a 1/3 interest in the Trust. I am the trustee of the Trust.

Asset # 16 is a limited partnership interest - I have received periodic gifts from [        ] of additonal limited ownbership interests in this limited partnership from January of 2003 through December 31, 2011. My ownership interest is 33% as of 12-31-11. The partnership's investments are almost exclusively in State Tax Exempt Bonds and Certificates of Deposit. I have no management responsibilitites for the activities of this partnership.

Asset # 23 was closed out 7-2-10 and was inadvertantly left on the 2010 report in error. This report claifies its status and it will be removed completely from the 2012 report when filed.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Arthur B. Federman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544